Order entered February 4, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00887-CR

**MICALOSA BERNARD MCDANIEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F13-62016-J**

## ORDER

On January 15, 2015, this Court sent the trial court a letter stating the record does not contain a copy of the trial court's certification of appellant's right to appeal. We asked the trial court to review the record and to file, within ten days, a certification that accurately reflects the trial court proceedings. To date, we have not received the completed certification, which the trial court is required to prepare in every case in which the defendant is appealing. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Accordingly, we **ORDER** the trial court to prepare and file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE